UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICAH C. STANFIELD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CA. CORRECTIONAL HEALTH CARE SERVICES, et al.,<br><br>　　　　Defendants. | Case No.: 1:20-cv-01145-NONE-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED |

　　　Plaintiff Micah C. Stanfield is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　On March 3, 2021, the Court screened Plaintiff's second amended complaint, found no cognizable claims, and granted Plaintiff one final opportunity to amend the complaint within thirty days.  Plaintiff has not filed an amended complaint or otherwise communicated with the Court and the time to do so has expired.   Accordingly, within fourteen (14) days from the date of service of this order, Plaintiff shall show cause why this action should not be dismissed for failure to state a cognizable claim, failure to comply with a court order, and failure to prosecute.  Failure to comply with this order will result a recommendation to dismiss the action.

IT IS SO ORDERED.

Dated: __April 12, 2021__　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1