UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICAH C. STANFIELD,<br><br>        Plaintiff,<br><br>    v.<br><br>CA. CORRECTIONAL HEALTH CARE SERVICES, et al.,<br><br>        Defendants. | Case No.: 1:20-cv-01145-NONE-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN PART AND DISMISSING ACTION WITHOUT PREJUDICE<br><br>(Doc. No. 22) |

      Plaintiff Micah C. Stanfield is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On May 6, 2021, the assigned magistrate judge issued findings and recommendations that the instant action be dismissed for failure to state a cognizable claim for relief, failure to comply with a court order, and failure to prosecute. (Doc. No. 22.) Those findings and recommendations were served on plaintiff and contained notice that any objections were to be filed within fourteen (14) days after service. (*Id.* at 10.) No objections were filed and the time to do so has now passed.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the undersigned has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis

1

to the extent they recommend dismissal for failure to prosecute and failure to obey a court order. The court finds it unnecessary to address whether plaintiff's first amended complaint states a claim.

Accordingly,

1. The findings and recommendations issued on May 6, 2021 (Doc. No. 22) are adopted to the extent they recommend dismissal for failure to prosecute and failure to obey a court order;
2. The instant action is dismissed, without prejudice due to plaintiff's failure to prosecute and failure to comply with a court order; and
3. The Clerk of the Court is directed to assign a district judge for the purposes of closing this case and to close this case.

IT IS SO ORDERED.

Dated: **October 4, 2021**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE